IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EMMITT N. JACKSON, III, et al. * | |
| Plaintiffs * | |
| vs. * | CIVIL ACTION NO. MJG-96-751 |
| UNITED STATES OF AMERICA * | |
| Defendant * | |

\* \* \* \* \* \* \* \* \*

### ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE
### PENDING RELATED PROCEEDINGS

It appears that the Plaintiffs need certain information to determine whether they can proceed with this case and that they cannot now state how long it will take to obtain the information or to decide that the information is unobtainable. Under the circumstances, no purpose would be served by keeping this case on the Court's active docket.

Accordingly:

1. This case is STAYED pending Plaintiffs' efforts to obtain needed information.

2. The Clerk of the Court shall ADMINISTRATIVELY CLOSE this case for possible reopening pursuant to further Order of this Court upon the application (by June 7, 2003) of any party hereto.

3. The administrative closing of this case shall not affect any rights of the parties in this, or any other, proceeding.





EXHIBIT A

08/10/01  FRI 14:34  [TX/RX NO 5917]  ☒002

4. The fact that the case is administratively closed will not prevent any party from seeking specific relief, in particular the Plaintiffs remain free to seek appropriate Orders to aid them in obtaining information pertinent to the case.

5. If any party can show that the fact that this case is administratively closed rather than nominally open will have a genuine adverse effect on that party, the Court will consider formally reopening the case to prevent such adverse effect.

SO ORDERED this 7th day of June, 2000.

Marvin J. Garbis
United States District Judge



# UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201

CHAMBERS OF
HON. MARVIN J. GARBIS
UNITED STATES DISTRICT JUDGE

TELE: 410-962-9090
FAX: 410-962-0696

June 7, 2000

TO ALL COUNSEL OF RECORD

Re: <u>Jackson v. U.S.</u>, MJG-96-751

Dear Counsel:

    I understand that the Plaintiffs need to try to locate Mr. Gilmore and, once he is located, to determine whether he will provide certain information or whether they wish to seek some Order from the Court. I further understand that Plaintiffs cannot tell how long it will take for them to locate Mr. Gilmore. Nevertheless, this case cannot remain open and inactive.

    Under the circumstances, I am administratively closing this case. This will not prejudice the parties and will serve to place the matter in an inactive, stayed, status. Plaintiffs will have ample time to seek to find Mr. Gilmore or take whatever other steps they may wish to determine if they can proceed with the case. Any party may seek to reopen the case within 3 years (or ask for an extension of the 3 year period) if circumstances warrant.

Yours truly,

Marvin J. Garbis
United States District Judge