IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**EMMITT N. JACKSON, III,** et al.          :
                                                                :
        Plaintiffs,                               :
                                                                :       Civil Action No. MJG-96-751
v.                                                              :
                                                                :
**THE UNITED STATES OF AMERICA,**   :
                                                                :
        Defendant.                               :

## Order

Upon consideration of Plaintiffs' Motion To Reopen Case And For Order Re Direct Donor Discovery, the response, if any thereto, and the entire record herein, it is, this ____ day of _____, 2003, by the United States District Court for the District of Maryland, hereby

ORDER, that Plaintiffs' Motion be and the same is hereby GRANTED and the above-captioned case is hereby RE-OPENED; and it is

FURTHER ORDERED, that Plaintiffs and the Government shall, in consultation with each other, produce a letter to be sent by regular mail, and by certified mail return receipt requested, to the Donor at the address to be provided by Plaintiffs, the purpose of which shall be to request the Donor's HIV test result history to the present; and it is

FURTHER ORDERED, that the name and location of the Donor and his HIV test results shall be filed with the Court and sealed; that only counsel for the parties will have access to these sealed documents; that the Donor shall be referred to as Donor 2150885 during discovery unless otherwise ordered by the Court; that information provided by Donor 2150885 shall be destroyed at the final disposition of the case, unless otherwise ordered by

this Court; and that the parties and their counsel shall be prohibited from disclosing the Donor's name or location to third parties without further order of this Court.

_____
The Honorable Marvin J. Garbis

copies to:

Ashley Joel Gardner, Esq,
SHULMAN, ROGERS, GANDAL,
 PORDY & ECKER, P.A.
11921 Rockville Pike, Third Floor
Rockville, Maryland 20852
(301) 230-5200
Attorneys for Plaintiffs

Madeline Henley, Esq.
UNITED STATES ATTORNEY
United States Department of Justice
Civil Division, Torts Branch
Ben Franklin Station, P.O. Box 888
Washington, DC 20004
Attorneys for Defendant